UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BEIJING Y-AXIS INTERNATIONAL TRADING CO., LTD.,<br><br>　　　　Petitioner,<br><br>v.<br><br>MEI BODY CARE SPA,<br><br>　　　　Respondent. | Civil Action No. 8:18-cv-2243-JVS-JDE<br><br>**JUDGMENT** |

This Court, having granted the Application for Entry of Default Judgment by Court on March 28, 2019, enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Default judgment on Petitioner Beijing Y-Axis International Trading Co., Ltd.'s ("Petitioner") application in the above entitled action is entered in favor of Petitioner; and Petitioner shall have judgment against MEI BODY CARE SPA in the sum of $272,913.16 in monetary damages.

Dated: May 06, 2019

_____
　　　Hon. James V. Selna
　　　United States District Judge